```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
     FORT MYERS DIVISION
```

ATLANTIC            SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.                                 Case No:  2:22-cv-545-JES-NPM

KEVIN HYMA,

    Defendant.

_____

## ORDER

    This matter comes before the Court on the parties' Stipulation for Dismissal Without Prejudice (Doc. #21) filed on January 19, 2023. The parties have agreed to the dismissal of this case without prejudice in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

    **DONE and ORDERED** at Fort Myers, Florida, this __19th__ day of January 2023.

                                                   */s/ John E. Steele*

                                                   JOHN E. STEELE
                                                   SENIOR UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record